FILED

NOV 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>PAUL WAGNER,<br><br>        Defendant-Appellant. | No.   22-15925<br><br>D.C. Nos.<br>2:19-cv-01540-MMD<br>2:10-cr-00399-MMD-GWF-1<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed a notice of intent to file publicly Volume 4 of the excerpts of record. *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal, but an independent review shows that partial sealing may be warranted.

Within 21 days, appellant must either submit for public filing a new version of Volume 4 that redacts any not-yet-redacted account numbers or file a statement that the not-yet-redacted account numbers can be made public. The page numbering in any new volume must remain the same as in the current volume.

The Clerk will unseal the notice (Docket Entry No. 17-1) and will file publicly the opening brief (Docket Entry No. 15) and Volumes 1-3 of the excerpts of record (Docket Entry Nos. 16). The Clerk will maintain Volume 4 (Docket Entry No. 17-2) under seal pending a determination of whether further redaction is

2

needed.

The existing briefing schedule remains in effect.