| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 29 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

PAUL WAGNER,

    Defendant-Appellant.

No. 22-15925

D.C. No. 2:19-cv-01540-MMD
District of Nevada, Las Vegas

ORDER

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Therefore, this matter is ordered submitted without oral argument on Friday, May 17, 2024, in San Francisco, California. Fed. R. App. P. 34(a)(2).

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT